**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| ESTATE OF: SIDNEY ROTHBERG, DECEASED | : No. 498 EAL 2015 |
| | : |
| | : |
| | : Petition for Allowance of Appeal from |
| PETITION OF: MICHAEL ROTHBERG | : the Order of the Superior Court |

## ORDER

**PER CURIAM**

   **AND NOW**, this 30th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.

   Mr. Justice Eakin did not participate in the decision of this matter.